IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TORRI M. HOUSTON, individually, and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>SAINT LUKE'S HEALTH SYSTEM, INC., and SAINT LUKE'S NORTHLAND HOSPITAL CORPORATION,<br><br>**Defendants.** | Case No. 4:17-cv-00266-BCW |

**PLAINTIFF'S UNOPPOSED MOTION TO DIRECT CLASS NOTICE AND GRANT PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff Torri M. Houston respectfully submits this unopposed motion for an order entering preliminary approval of a proposed class and collective action settlement and directing notice of the settlement to the proposed settlement class pursuant to Federal Rule of Civil Procedure 23(e). This motion is not opposed by Defendants Saint Luke's Health System, Inc. and Saint Luke's Northland Hospital Corporation.

In support of this motion, Plaintiff submits Suggestions in Support, the Declaration of Ryan L. McClelland (Class Counsel), and the Settlement Agreement (including all related documents) attached to the McClelland Declaration as Exhibit 1.

Accordingly, Plaintiff respectfully requests that the Court permit the issuance of notice to the class of the proposed settlement (*see* Settlement Agreement), approve the form and manner of notice to the class (*see* Notice of Settlement, attached to the Settlement Agreement as Ex. A), direct the parties to carry out the terms of the Settlement Agreement, and schedule a final approval hearing within approximately 100 days of the Order granting preliminary approval to determine

whether the Settlement Agreement should be granted final approval as fair, reasonable, and adequate. Plaintiff will submit the parties' proposed Order preliminarily approving the settlement and directing notice (attached to the Settlement Agreement as Ex. B) in Microsoft Word format via email to the Court's Chambers.

Dated: June 28, 2024

Respectfully submitted,

OSMAN & SMAY LLC

By: */s/ Matthew E. Osman*
Matthew E. Osman, MO Bar #60137
David S. Kim, MO Bar #75163
7111 W. 151st St., #316
Overland Park, Kansas 66223
Telephone: (913) 667-9243
Facsimile: (866) 470-9243
mosman@workerwagerights.com
dkim@workerwagerights.com

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ John J. Ziegelmeyer III*
John J. Ziegelmeyer III, MO No. 59042
Brad K. Thoenen, MO No. 59778
Kevin A. Todd, MO No. 73048
Ethan A. Crockett, MO No. 74921
1501 Westport Road
Kansas City, Missouri 64111
816.875.3332
jziegelmeyer@hkm.com
bthoenen@hkm.com
ktodd@hkm.com
ecrockett@hkm.com

MCCLELLAND LAW FIRM, P.C.

By: */s/ Ryan L. McClelland*
Ryan L. McClelland, MO Bar #59343
The Flagship Building
200 Westwoods Drive
Liberty, Missouri 64068
Telephone: (816) 781-0002
Facsimile: (816) 781-1984

ryan@mcclellandlawfirm.com

CLASS COUNSEL

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2024, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By: */s/ Ryan L. McClelland*

CLASS COUNSEL