IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TORRI M. HOUSTON, individually, and on behalf of all others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>SAINT LUKE'S HEALTH SYSTEM, INC., and SAINT LUKE'S NORTHLAND HOSPITAL CORPORATION,<br><br>**Defendants.** | Case No. 4:17-cv-00266-BCW |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff respectfully submits this motion for final approval of a class and collective action settlement pursuant to Federal Rule of Civil Procedure 23(e) and 29 U.S.C. § 216(b). This motion is unopposed by Defendants.

In support of this motion, Plaintiff submits Suggestions in Support, which includes the Declaration of Ryan L. McClelland (Class Counsel), Declaration of Adam W. Hansen (Appellate Counsel), and the Declaration of Jeffrey J. Mitchell of Analytics Consulting LLC (Settlement Administrator). Plaintiff has also submitted a Motion for Attorneys' Fees, Expenses, and Service Award, along with Suggestions in Support, contemporaneous with the filing of this motion.

For the reasons further described in the accompanying Suggestions, this Court should grant Plaintiff's motion, approve the Settlement Agreement, award Class Counsel attorneys' fees and expenses as requested, and approve the service award as requested. Class Counsel will submit a Proposed Order Granting Final Approval of Class and Collective Action Settlement for the Court's consideration to the Court's Chambers via e-mail in connection with the final approval hearing.

Dated: November 22, 2024          Respectfully submitted,

McCLELLAND LAW FIRM, P.C.

By: */s/ Ryan L. McClelland*
    Ryan L. McClelland, MO Bar #59343
    The Flagship Building
    200 Westwoods Drive
    Liberty, Missouri 64068
    Telephone:    (816) 781-0002
    Facsimile:    (816) 781-1984
    ryan@mcclellandlawfirm.com

OSMAN & SMAY LLC

By: */s/ Matthew E. Osman*
    Matthew E. Osman, MO Bar #60137
    7111 W. 151st St., #316
    Overland Park, Kansas 66223
    Telephone:    (913) 667-9243
    Facsimile:    (866) 470-9243
    mosman@workerwagerights.com

HKM EMPLOYMENT ATTORNEYS LLP

By: */s/ John J. Ziegelmeyer III*
    John J. Ziegelmeyer III, MO No. 59042
    Brad K. Thoenen, MO No. 59778
    Kevin A. Todd, MO No. 73048
    Ethan A. Crockett, MO No. 74921
    1501 Westport Road
    Kansas City, Missouri 64111
    816.875.3332
    jziegelmeyer@hkm.com
    bthoenen@hkm.com
    ktodd@hkm.com
    ecrockett@hkm.com

    CLASS COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2024, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, and therefore, will be transmitted to all counsel of record by operation of the Court's CM/ECF system.

By: /s/ Ryan L. McClelland

CLASS COUNSEL